Javell Fox 12B1626
Wallkill C.F
Box G, Route 208
Wallkill, NY 12589



December 22, 2022

Fox V Gifford 20-cv-0797
Sur-reply in the interest of Justice letter Motion

Dear Magistrate Judge Lovric

On or around December 20, 2022 Plantiff received Defendants reply motion to plantiff reply to summary Judgement.

Defendants stated that plantiff failed to respond to defendants Motion statement of facts. plantiff Never received the statement of facts, and state that substitute counsel is making error.

Also pursuant to F.R.C.P 56(c)(1)(B) Plantiff Disputed all arguments raised in the summary Judgement Motion and reply and further submit Declaration By Damon Hunter that was submitted in a prior case to show a pattern

1

of Defendants keeplocking plantiff then lian about it, see exhibit A. furthermore there is no punishment for plantiff not having a prison i.d, its a $2.00 charge for a new one and a furnishing of a temporary one until the new one is received, see exhibit Declaration of plantiff Javell Fox

Plantiff is indigent and have no funds for copies and is being denied copies can you furnish a copie of this letter Motion to Defendants please.

Even Arguendo plantiff was interviewed by a Lt in Attica and forgot because of the length of time, it was still past the deadline for the supt to respond to his grievance by nearly 60 days and plantiff appealed and still got no response from C.O.R.C and filed this civil suit and remedy were exhausted as unavailable.

Correction officials lie all the time and cover for each other your Honor

and AAG's back them up and cover up for them as well. Plantiff was in fact keeplocked and there was a feed up prisoner that feed prison treys to keeplock prisoners and a trial will prove that your Honor.

Please Don't Allow those officers to get away with what they are doing which is I can this is clear retaliction and an attempt to cover it up.

Janell
Javell Fox
Wallkill C.F
Box G Route 208
Wallkill N.y 12589

To: AAG McDaniels
Assistant Attorney General
The capitol
Albany N.y 12224

3

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAVELL FOX
           Plaintiff
   V
SGT SHEFTIC
           Defendant

DECLARATION
DAMON HUNTER
9:19-CV-00498
(BKS/ATB)

I Damon Hunter am currently incarcerated at Auburn correctional facility I witnessed Javell fox on Keeplock from on or around August 30, 2018 to September 2 2018 as I was the feedup porter who feed inmates on keeplock I overheard C.O.s and Sgts state that inmate Javell fox was keeplocked for his Mohawk hairstyle. I make this Declaration from personal knowledge and declare that the foregoing is true

March 19, 2019

witness
[signature]

Damon Hunter

# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAVELL FOX
   Plantife

-Against-

C.O ANDREJ L. GIFFORD
   Defendant

JAVELL FOX
Declaration
20-CV-0797

---

I Javell Fox has been in prison for 11 years and is familiar with DOCCS Disciplinary system. Not having an I.D on your person is a Disciplinary violation and if it is, its only used as punishment to retaliate against as a person that a DOCCS official don't desire, such as the case with plantiff, as plantiff was on Holdover at Auburn Correctional facility for court.

Court hold overs are not issued a phone I.d as regular Auburn C.F prisoner population is, they are only left with there regular I.d and must place that in the phone slot in order to use the phone. So while they are waiting they have there I.d in the phone slot, such as plantiffs situation.

Therefore plantiff being keeplocked was done out of retaliation for his civil suits that defendant was aware of.

12/22/22