**WALLKILL CORRECTIONAL FACILITY**
ROUTE 208, BOX G
WALLKILL, NEW YORK 12589-0286

NAME: __Javell Fox__   DIN: __12B1626__

Honorable Judge lovric
Clerk U.S.District Court
P.O.Box 7367
100 S.Clinton st
Syracuse Ny 13261-

1326186100 C061

LEGAL
MAIL

WALLKILL

CORRECTIONAL FACILITY

NEOPOST            FIRST-CLASS MAIL
12/27/2022
US POSTAGE $000.81⁰
                   ZIP 12589
                   041M11280544

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JAN - 3 2023

RECEIVED