UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
JAVELL FOX,

                    **Plaintiff,**             **9:20-cv-797**
                                                **(GLS/ML)**

          **v.**

C.O. ANDREJ L. GIFFORD,

                    **Defendant.**

APPEARANCES:                        OF COUNSEL:

**FOR THE PLAINTIFF:**
Javell Fox
Pro Se
12-B-1626
Walkill Correctional Facility
Box G
Walkill, NY 12589

**FOR THE DEFENDANT:**
HON. LETITIA JAMES          PETER A. McDANIEL
New York State Attorney General     Assistant Attorney General
The Capitol
Albany, NY 12224

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following a Report-

Recommendation (R&R) by Magistrate Judge Miroslav Lovric, duly filed

February 16, 2023.  (Dkt. No. 57.)  Following fourteen days from the service

thereof, the Clerk has sent the file, including any and all objections filed by the

parties herein.

No objections having been filed, and the court having reviewed the R&R

for clear error, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 57) is

**ADOPTED** in its entirety; and it is further

**ORDERED** that defendant's motion for summary judgment (Dkt. No.

33) is **DENIED**; and it is further

**ORDERED** that an exhaustion hearing pursuant to *Messa v. Goord*,

652 F.3d 305 (2d Cir. 2011) will be scheduled in due course to determine

whether plaintiff properly exhausted his administrative remedies; and it is

further

**ORDERED** that the matter is referred to Magistrate Judge Miroslav

Lovric to conduct the aforementioned exhaustion hearing and prepare a

report-recommendation; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in

accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 8, 2023
Albany, New York

Gary L. Sharpe
Gary L. Sharpe
U.S. District Judge